IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LYNEE HAGAR,<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | No. 2:17-CV-2381-CMK<br><br><br><u>ORDER</u> |

        Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On November 14, 2017, the court issued a scheduling order which required plaintiff to complete service of process on defendant within 20 days, and to file a notice of completion of service with the court within 10 days thereafter. As of June 18, 2018, plaintiff had not complied and the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution

/ / /

/ / /

/ / /

1

and failure to comply with court orders.  A review of the docket reflects that process has now been executed.  The June 18, 2018, order to show cause is, therefore, discharged.

        IT IS SO ORDERED.

DATED: July 17, 2018

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE