IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LYNEE HAGAR, | No. 2:17-CV-2381-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On August 10, 2018, the court directed plaintiff to show cause why this action should not be dismissed for failure to notify the court regarding consent to proceed before a Magistrate Judge. A review of the docket reflects that plaintiff has now complied. The order to show cause is, therefore, discharged.

/ / /

/ / /

/ / /

IT IS SO ORDERED.

DATED: August 21, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE