PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105-1545
   Telephone: (415) 268-5610
   Facsimile: (415) 744-0134
   E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CAROL LYNEE HAGAR, | Case No.: 2:17-cv-02381-DMC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND** |
| vs. | **ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Carol Lynee Hagar (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is November 27, 2018. The new date will be December 27, 2018. All other deadlines will extend accordingly.

    Defense counsel needs an extension of time because the attorney responsible needs more time to draft the response, go through the necessary in-house reviews for new attorneys, and

Stip. & Prop. Order for Ext., 2:17-cv-02381-DMC

manage her other cases. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

This is Defendant's first request for an extension.

Respectfully submitted,

Dated: November 27, 2018     PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant


*/s/ Shanny J. Lee*
SHANNY J. LEE
Attorney for Plaintiff
Law Offices of Harry J. Binder and Charles E. Binder, P.C.
(*As authorized via e-mail on November 26, 2018)

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE DECEMBER 27, 2018.

Dated: November 27, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext., 2:17-cv-02381-DMC