PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CAROL LYNEE HAGAR, | Case No.: 2:17-cv-02381-DMC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Carol Lynee Hagar (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is December 27, 2018. The new date will be January 28, 2019. All other deadlines will extend accordingly.

Defense counsel needs an extension of time because the attorney responsible is going on leave over the holidays and needs more time to draft the response due to the holidays, go through

Stip. & Prop. Order for Ext., 2:17-cv-02381-DMC

the necessary in-house reviews for new attorneys, and manage her other cases. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

This is Defendant's second request for an extension.

Respectfully submitted,

Dated: December 17, 2018
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant

*/s/ Shanny Lee*
SHANNY J. LEE
Attorney for Plaintiff
Law Offices of Harry J. Binder and Charles E. Binder, P.C.
(*As authorized via e-mail on December 17, 2018)

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE JANUARY 28, 2019.

Dated: December 19, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext., 2:17-cv-02381-DMC